UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| RANDY SCHACKE | ) | |
| | ) | |
| v. | ) | NO. 2:06-CV-90 |
| | ) | |
| SHERIFF ED GRAYBEAL, MAJOR | ) | |
| BRENDA DOWNS, DR. VINCE | ) | |
| PINYARD, and PAT HOLLIFIELD, R.N. | ) | |

## ORDER of JUDGMENT

In accordance with the accompanying memorandum and order, this *pro se* former prisoner's civil rights action under 42 U.S.C. § 1983 is **DISMISSED** as **MOOT**. Should plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis* because, for reasons discussed in the memorandum, any appeal from this order would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).

**SO ORDERED**.

ENTER:

      s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT